74,699-05

TO:   Court of Criminal appeal of Texas
      POBOZ 12308
      CAPITOLISTATION
      AUSTIN, TEXAS 78711

FROM: Johnny Q. Clawson,Jr. 1578431
      Terrell 1300 FM 655
      Rosharon, Texas 77583


RE: 6th District Court Cause # 22971 HC_%.

Dear Sir or Madame,

    Enclosed is a copy of the rebuttal to the State's Answer to my Writ of Habeas Corpus 11.07. I received the State's answer at legal mail on 5 March,2015 so I answered their answer the same day I received it. So please file the enclosed Petitioner's Rebuttal of States Answer. Please give me notice as to when this Rebuttal was filed.

    Thank you for your time and effort in filing this rebuttal.


                              sincerly ,

                              Johnny Q Clawson Jr.
                              Johnny Q. Clawson, Jr. , Pro se


RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 11 2015

Abel Acosta, Clerk

CAUSE NO.22971 HC5

## COURT OF CRIMINAL APPEAL OF TEXAS

STATE OF TEXAS                          §

V.                                      §

JOHNNY Q. CLAWSON,JR. _____

## PETITIONER'S REBUTTAL OF STATES ANSWER

NOW COMES, Johnny Q. Clawson, Jr., Prosse pursuant to article 11.07 of the Texas Code of Criminal Procedure and files this rebuttal to States Answer to Petitioner's Application for Writ of Habeas Corpus filed by Johnny Q. Clawson, Jr., the applicant.

In response to State's Answer to Petitioner's Application for Writ of Habeas Corpus 11.07, Petitioner restates that all 18 (eighteen) grounds raised on Petitioner's Writ of Habeas Corpus are all reversible constitutional errors with all having Supreme Court documentational rulings to support petitioner's position. Furthermore, ALL grounds does have a stated actioable grounds for relief. Petitioner does raise cognizable claims for Habeas relief as called for in Mc Cain v. State, 67 S.W.3d 204 (Tex.Crim. App. 2002) which is satisfied since Petitioner raises: 1) ineffective assistance of Trial counsel; 2) prosecutorial misconduct; 3) judical abuse of discretional powers; 4; ineffective assistance of appellate counsel. All four (4) of these areas are areas of an constitutional errors which is the base of this Schlup styled Actual Innocense Claim. The constitutional errors covers 5th,6th,

and 14th admendment of the United States of America Constitution.

## PETITIONER'S PRAYER

Petitioner prays this Court reads and rules in Petitioner's favor granting an aquittal or remands for a new trial to correct this gravious miscarriage of justice. Plus orders an evidentuary hearing to be held as petitioner petitioned for with the petitioner pysically at hearing in person due to petitioner's heavy reliance on lip reading to suppliment what he hears of sound thru his hearing aid.

Dated: _____

Johnny Q. Clawson,Jr.,#1578431
C.T.Terrell Unit
1300FM655
Rosharon, Texas 77583

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Petitioner's Rebuttal to State's Answer to Petitioner's Application for Writ of Habeas Corpus was sent to District Attorney Gary Young at 119 N. Main St., Paris,Texas 75460, this day 5th day of March,2015.

Johnny Q. Clawson, Jr., Pro se
